1  DARYL S. LANDY, State Bar No. 136288
   BARBARA I. ANTONUCCI, State Bar No. 209039
2  MONA M. BADANI, State Bar No. 227389
   MORGAN, LEWIS & BOCKIUS LLP
3  2 Palo Alto Square
   3000 El Camino Real, Suite 700
4  Palo Alto, CA  94306-2212
   Tel:  650.843.4000
5  Fax: 650.843.4001

6  Attorneys for Defendant
   WELLS FARGO INVESTMENTS, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY CHU, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO INVESTMENTS, LLC and DOES 1 through 50, Inclusive<br><br>Defendants. | Case No. C 05 04526 PJH<br><br>**DEFENDANT WELLS FARGO INVESTMENTS, LLC'S SUBMISSION REGARDING REMOVED PAPERS** |

Pursuant to the Court's Standing Order regarding Removed Papers, Defendant Wells Fargo Investments, LLC ("Wells Fargo Investments") hereby submits the following information within ten days of the issuance of the Court's Standing Order:

1. **WHETHER ALL DEFENDANTS SERVED AT THE TIME OF REMOVAL JOINED IN THE CASE REMOVAL.**

   Yes.  Wells Fargo Investments is the only named defendant in this action and therefore was the only defendant served at the time of removal.

2. **WHETHER THE NOTICE OF REMOVAL WAS DATED MORE THAN THIRTY (30) DAYS AFTER THE FIRST DEFENDANT WAS SERVED.**

   No.  Wells Fargo Investments' Notice of Removal was timely filed November 4, 2005, less than thirty (30) days after Plaintiff Jerry Chu ("Plaintiff") served the Summons and

1  Complaint on October 6, 2005. Accordingly, Wells Fargo Investments' Notice of Removal was
2  filed twenty-nine (29) days after service and therefore is timely.

3. **IF THE ACTION HAS BEEN REMOVED ON THE GROUNDS OF DIVERSITY JURISDICTION, WHETHER ANY DEFENDANT SERVED AT THE TIME OF REMOVAL IS A CITIZEN OF CALIFORNIA.**

Not applicable. Defendant removed the instant action on federal question grounds due to Plaintiff's allegations under the Federal Labor Standards Act ("FLSA"), pursuant to 28 U.S.C. §§ 1331, 1367 and 1441.

4. **IF THE ACTION HAS BEEN REMOVED ON THE GROUNDS OF DIVERSITY JURISDICTION, THE CITIZENSHIP OF ALL NAMED PARTIES AND ALL NAMED DEFENDANTS (INCLUDING THE CITIZENSHIP OF ALL MEMBERS OR PARTNERS IN ANY NON-CORPORATE ENTITY).**

Not applicable. See Response to Number 3.

DATED: November 11, 2005        MORGAN, LEWIS & BOCKIUS LLP

                                By _____/s/_____
                                   Mona Badani
                                   Attorneys for Defendant
                                   WELLS FARGO INVESTMENTS, LLC.