| | |
|---|---|
| 1 | JAMES F. CLAPP (145814) |
|   | J. KIRK DONNELLY (179401) |
| 2 | MARITA MURPHY LAUINGER (199242) |
|   | DOSTART CLAPP & COVENEY, LLP |
| 3 | 4370 La Jolla Village Dr. Ste. 970 |
|   | San Diego, CA 92122 |
| 4 | Tel. (858) 623-4200 |
|   | Fax. (858) 623-4299 |
| 5 | |
| 6 | MARK R. THIERMAN (72913) |
|   | THIERMAN LAW FIRM P.C. |
| 7 | 7287 Lakeside Drive |
|   | Reno, Nevada 89511 |
|   | Tel. (775) 284-1500 |
| 8 | Fax. (775) 703-5027 |
| 9 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JERRY CHU, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

WELLS FARGO INVESTMENTS, LLC, and DOES 1 through 50, inclusive,

Defendants.

CASE NO. 3:05-04526 MHP

NOTICE OF CHANGE OF FIRM NAME

TO ALL PARTIES, THEIR ATTORNEYS OF RECORD AND THE ABOVE-CAPTIONED COURT:

Notice is hereby given that, effective January 1, 2006, the firm name of plaintiff's counsel will change from Dostart Clapp & Coveney, LLP to Dostart Clapp Gordon & Coveney, LLP.

Dated: December 29, 2005

DOSTART CLAPP & COVENEY, LLP

*/s/ Marita Lauinger for*
JAMES F. CLAPP
Attorneys for Plaintiff

Notice of Change of Firm Name                -1-

PROOF OF SERVICE
[CCP sections 1012, 1013a(3), 2015.5(b)]

I am employed in the county of San Diego, State of California. I am over the age of eighteen and am not a party to this case. I am employed in, or am a resident of, the County of San Diego, California, where the mailing occurs; and my business address is: DOSTART CLAPP & COVENEY, LLP, 4370 La Jolla Village Dr., Ste. 970, San Diego, CA 92122.

On December 29, 2005, I served the foregoing document(s) described as:

**NOTICE OF CHANGE OF FIRM NAME**

on the interested parties in this action addressed to the addressee as follows:

Lindbergh Porter, Jr., Esq.
Baldwin J. Lee, Esq.
Richard H. Rahm, Esq.
ALLEN MATKINS et al.
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074

H. Tim Hoffman, Esq.
HOFFMAN & LAZEAR
180 Grand Avenue, Ste. 1550
Oakland, CA 94612

☒ (BY UNITED STATES POSTAL SERVICE) and placing a true copy thereof in a sealed envelope and personally placing such envelope with postage fully prepaid for deposit in the United States Postal Service, this same day, at my business address shown above, following ordinary business practices. I further declare that I am readily familiar with our business' practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business.

☐ (BY OVERNIGHT MAIL) and placing a true copy thereof in a sealed Federal Express envelope and personally placing such envelope with postage fully prepaid for deposit in the Federal Express mailbox for next day delivery, this same day, at my business address shown above, following ordinary business practices. I further declare that I am readily familiar with our business' practice for collection and processing of overnight mail with the Federal Express Service; and that the correspondence shall be deposited in an official Federal Express overnight mailbox this same day in the ordinary course of business.

Executed on December 29, 2005, at San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

KATHRYN A. JORDAN