JAMES F. CLAPP (145814)
J. KIRK DONNELLY (179401)
MARITA MURPHY LAUINGER (199242)
DOSTART CLAPP GORDON & COVENEY, LLP
4370 La Jolla Village Dr. Ste. 970
San Diego, CA 92122
Tel.  (858) 623-4200
Fax. (858) 623-4299

MARK R. THIERMAN (72913)
THIERMAN LAW FIRM P.C.
7287 Lakeside Drive
Reno, Nevada 89511
Tel.  (775) 284-1500
Fax. (775) 703-5027

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY CHU, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>vs.<br><br>WELLS FARGO INVESTMENTS, LLC, and DOES 1 through 50, inclusive,<br><br>          Defendants. | CASE NO. 3:05-04526 MHP<br><br>SUBSTITUTION OF COUNSEL BY PLAINTIFF JERRY CHU AND ORDER APPROVING SUBSTITUTION |

1    Plaintiff. JERRY CHU, hereby substitutes Kevin J. McInerney, McInerney & Jones, 18124

2   Wedge Parkway, Suite 503, Reno, Nevada 89511 as his counsel in the above-captioned matter in place

3   of Dostart Clapp Gordon & Coveney, LLP, 4370 La Jolla Village Drive, Suite 970, San Diego,

4   California, and Thierman Law Firm, P.C., 7287 Lakeside Drive, Reno, Nevada. Kevin J. McInerney is

5   a member of the bar of this Court. Plaintiff respectfully requests that the Court approve this substitution.

6      I consent to the foregoing substitution.

7   Dated: May 13, 2006

8

9                             JERRY CHU, Plaintiff

10      I consent to the foregoing substitution.

11   Dated: May ___, 2006          DOSTART CLAPP GORDON & COVENEY. LLP

12

13

14                             JAMES F. CLAPP

15      I consent to the foregoing substitution.

16   Dated: May 16, 2006          THIERMAN LAW FIRM, P.C.

17

18                             MARK R. THIERMAN

19      I accept the foregoing substitution.

20   Dated: May ___, 2006          McINERNEY & JONES

21

22

23                             KEVIN J. McINERNEY
                                Attorneys for Plaintiff

24      APPROVED AND SO ORDERED.

25   Dated: May 23, 2006

26

27         Honora____
        United____

28

IT IS SO ORDERED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Judge Marilyn H. Patel

1      Plaintiff, JERRY CHU, hereby substitutes Kevin J. McInerney, McInerney & Jones, 18124

2   Wedge Parkway, Suite 503, Reno, Nevada 89511 as his counsel in the above-captioned matter in place

3   of Dostart Clapp Gordon & Coveney, LLP, 4370 La Jolla Village Drive, Suite 970, San Diego,

4   California, and Thierman Law Firm, P.C., 7287 Lakeside Drive, Reno, Nevada. Kevin J. McInerney is

5   a member of the bar of this Court. Plaintiff respectfully requests that the Court approve this substitution.

6      I consent to the foregoing substitution.

7   Dated: May 13 , 2006

8                                          _____
                                           JERRY CHU, Plaintiff
9

10     I consent to the foregoing substitution.

11  Dated: May ___, 2006                   DOSTART CLAPP GORDON & COVENEY, LLP

12

13                                         _____
                                           JAMES F. CLAPP
14

15     I consent to the foregoing substitution.

16  Dated: May ___, 2006                   THIERMAN LAW FIRM, P.C.

17

18                                         _____
                                           MARK R. THIERMAN
19     I accept the foregoing substitution.

20  Dated: May ___, 2006                   McINERNEY & JONES

21

22                                         _____
                                           KEVIN J. McINERNEY
23                                         Attorneys for Plaintiff

24     APPROVED AND SO ORDERED.

25  Dated: May ___, 2006

26

27

28                                         _____
                                           Honorable MARILYN HALL PATEL
                                           United States District Judge

---

1    Plaintiff, JERRY CHU, hereby substitutes Kevin J. McInerney, McInerney & Jones, 18124

2  Wedge Parkway, Suite 503, Reno, Nevada 89511 as his counsel in the above-captioned matter in place

3  of Dostart Clapp Gordon & Coveney, LLP, 4370 La Jolla Village Drive, Suite 970, San Diego,

4  California, and Thierman Law Firm, P.C., 7287 Lakeside Drive, Reno, Nevada. Kevin J. McInerney is

5  a member of the bar of this Court. Plaintiff respectfully requests that the Court approve this substitution.

6    I consent to the foregoing substitution.

7  Dated: May 13 , 2006

8                                       JERRY CHU, Plaintiff

9

10    I consent to the foregoing substitution.

11  Dated: May 22, 2006                 DOSTART CLAPP GORDON & COVENEY, LLP

12

13                                       JAMES F. CLAPP

14

15    I consent to the foregoing substitution.

16  Dated: May ___, 2006                THIERMAN LAW FIRM, P.C.

17

18                                       MARK R. THIERMAN

19    I accept the foregoing substitution.

20  Dated: May ___, 2006                McINERNEY & JONES

21

22

23                                       KEVIN J. McINERNEY
                                         Attorneys for Plaintiff

24    APPROVED AND SO ORDERED.

25  Dated: May ___, 2006

26

27

28                                       Honorable MARILYN HALL PATEL
                                         United States District Judge

PROOF OF SERVICE

I am employed in the county of San Diego, State of California. I am over the age of eighteen and am not a party to this case. I am employed in, or am a resident of, the County of San Diego, California, where the mailing occurs; and my business address is: DOSTART CLAPP GORDON & COVENEY, LLP, 4370 La Jolla Village Dr., Ste. 970, San Diego, CA 92122.

On May 22, 2006, I served the foregoing document(s) described as:

SUBSTITUTION OF COUNSEL BY PLAINTIFF JERRY CHU AND ORDER APPROVING SUBSTITUTION

on the interested parties in this action addressed to the addressee as follows:

☒　　(BY OVERNIGHT MAIL) and placing a true copy thereof in a sealed Federal Express envelope and personally placing such envelope with postage fully prepaid for deposit in the Federal Express mailbox for next day delivery, this same day, at my business address shown above, following ordinary business practices. I further declare that I am readily familiar with our business' practice for collection and processing of overnight mail with the Federal Express Service; and that the correspondence shall be deposited in an official Federal Express overnight mailbox this same day in the ordinary course of business.

H. TIM HOFFMAN　　　　　　　　　　Kevin J. McInerney
HOFFMAN & LAZEAR　　　　　　　　 McInerney & Jones
180 Grand Avenue, Ste. 1250　　　　　　18124 Wedge Parkway #503
Oakland, CA 94612　　　　　　　　　　Reno, Nevada 89511

☒　　(BY E-FILE) and causing a true copy thereof to be filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Daryl S. Landy, Esq.　　　　　　　　　Mark R. Thierman
Barbara I. Antonucci, Esq.　　　　　　 THIERMAN LAW FIRM P.C.
Mona M. Badani, Esq.　　　　　　　　 7287 Lakeside Drive
MORGAN, LEWIS & BOCKIUS LLP　　Reno, NV 89511
2 Palo Alto Square　　　　　　　　　　Email: laborlawyer@pacbell.net
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2212
Email: dlandy@morganlewis.com
　　　　bantonucci@morganlewis.com
　　　　mbadani@morganlewis.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 22, 2006, at San Diego, California.

TERI L. ZAAYER