```
1   H. TIM HOFFMAN (049141)
    ARTHUR W. LAZEAR (083603)
2   MORGAN M. MACK (212659)
    HOFFMAN & LAZEAR
3   180 Grand Avenue, Suite 1550
    Oakland, California 94612
4
5   KEVIN J. McINERNEY (046941)
    McINERNEY & JONES
6   18124 Wedge Parkway #503
    Reno, Nevada 89511
7   Attorneys for Plaintiff
    Jerry Chu
8
9   DARYL S. LANDY (136288)
    BARBARA I. ANTONUCCI (209039)
10  MONA M. BADANI (227389)
    MORGAN, LEWIS & BOCKIUS LLP
11  2 Palo Alto Square
    3000 El Camino Real, Suite 700
12  Palo Alto, California 94306-2212
    Attorneys for Defendant
13  Wells Fargo Investments, LLC
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY CHU, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO INVESTMENTS, LLC and, DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. C 3:05 04526 MHP<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING DEADLINES IN CASE**<br><br>Date: November 21, 2006 |

JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING DEADLINES IN CASE     1

1-PA/3615636.1

1    WHEREAS the above-captioned matter presently has a schedule, which the
2    parties stipulated to and the Court approved on September 26, 2006;
3    WHEREAS, in said Stipulation, the parties agreed to schedule Plaintiff's
4    deposition during the last week of November 2006 or the first week in December
5    2006;
6    WHEREAS, in said Stipulation, the parties agreed and the Court approved a
7    deadline to file dispositive motions of December 18, 2006;
8    WHEREAS, on October 17, 2006, and thereafter, the parties met and conferred
9    regarding a mutually agreeable date for the deposition of Plaintiff JERRY CHU during
10   the last week of November 2006 or the first week in December 2006;
11   WHEREAS, on November 6, 2006, Plaintiffs' counsel confirmed that Plaintiff
12   and his counsel were available for deposition on November 30, 2006, and Defendant
13   WELLS FARGO INVESTMENTS, LLC served a notice of Plaintiff's deposition for
14   November 30, 2006;
15   WHEREAS, on November 17, 2006, Plaintiff's counsel first informed
16   Defendant's counsel that he was unavailable to attend the properly noticed deposition
17   of Plaintiff due to his attendance at a hearing in St. Louis;
18   WHEREAS, Defendant's counsel proposed to reschedule Plaintiff's deposition
19   on several alternative dates prior to the currently scheduled dispositive motion
20   deadline;
21   WHEREAS, Plaintiff or his counsel is unavailable on any of these proposed
22   alternative dates;
23   WHEREAS, the earliest date on which both parties and their counsel are
24   available for Plaintiff's deposition is December 19, 2006;
25
26   ─────────────────────────────────────────
27   JOINT STIPULATION AND [PROPOSED]                 2
     ORDER MODIFYING DEADLINES IN CASE
28   1-PA/3615636.1

WHEREAS, to avoid prejudice that would result to Defendant if the filing and other deadlines in this action are not revised, Plaintiff and Defendant request a continuance of the dispositive motion deadline in this action because of Plaintiff's and his counsel's inability to attend the deposition in advance of the current deadline;

WHEREAS, Plaintiff and Defendant further request a continuance of the other upcoming deadlines because the dispositive motion deadline affects the remaining deadlines in the action;

NOW, THEREFORE, Plaintiff and Defendant, through their undersigned respective counsel, stipulate and request that the Court approve the following schedule:

| Date | Event |
|---|---|
| 1/12/07 | Last day for parties to disclose class certification experts and reports |
| 1/22/07 | Last day to file dispositive motions |
| 1/26/07 | Last day for parties to disclose class certification rebuttal experts and reports |
| 2/5/07 | Last day to file opposition to dispositive motion. |
| 2/12/07 | Last day to file reply in support of dispositive motion |
| 2/26/07 | Hearing on dispositive motion at 2 p.m. |
| 3/7/07 | Last day by which non-expert class certification discovery must be completed |
| 3/28/07 | Last day by which expert class cert discovery must be completed |
| 4/30/07 | Last day by which Plaintiff must file motion for class certification |
| 5/14/07 | Last day by which Defendant must file opposition to motion for class certification |
| 5/21/07 | Last day by which Plaintiff must file a reply in support of motion for class certification |
| 6/4/07 | Hearing on class certification at 2 p.m. |

To avoid prejudice to Defendant, GOOD CAUSE exists to amend the deadlines in this action as described herein.

JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING DEADLINES IN CASE  3

1-PA/3615636.1

Dated: November ___, 2006                    HOFFMAN & LAZEAR

By _____
H. TIM HOFFMAN
Attorney for Plaintiff

Dated: November 21, 2006

By _____
MONA M. BADANI
Attorney for Defendant

IT IS SO ORDERED.

Dated: __11/29, 2006

_____
HON. MARILYN HALL PATEL
U.S. District Court Judge

JOINT STIPULATION AND [PROPOSED]
ORDER MODIFYING DEADLINES IN CASE         4

1-PA/3615636.1