1  H. TIM HOFFMAN, State Bar No. 49141
   HOFFMAN & LAZEAR
2  180 Grand Avenue, Suite 1250
   Oakland, CA 94612
3  Tel:   510.763.5700
   Fax:   510.835.1311
4
   KEVIN J. MCINERNEY
5  MCINERNEY & JONES
   18124 Wedge Parkway, Suite 503
6  Reno, NV 89511
   Tel:   775.849.3811
7  Fax:   775.849.3866

8  Attorneys for Plaintiff
   JERRY CHU
9
   DARYL S. LANDY, State Bar No. 136288
10 MIRNA VILLEGAS, State Bar No. 205307
   MONA M. BADANI, State Bar No. 227389
11 MORGAN, LEWIS & BOCKIUS LLP
   2 Palo Alto Square
12 3000 El Camino Real, Suite 700
   Palo Alto, CA 94306-2212
13 Tel: 650.843.4000
   Fax: 650.843.4001
14
   Attorneys for Defendant
15 WELLS FARGO INVESTMENTS, LLC

16

17                    UNITED STATES DISTRICT COURT

18                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY CHU, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO INVESTMENTS, LLC and DOES 1 through 50, Inclusive<br><br>Defendants. | Case No. C 05-04526 MHP<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND CASE MANAGEMENT ORDER**<br><br>Judge:   Hon. Marilyn Hall Patel |

1  IT IS HEREBY STIPULATED by and between the parties, through their respective
2  counsel of record, and subject to the approval of this Court, that:
3  WHEREAS, the above-captioned matter presently has a schedule, which the parties
4  stipulated to and the Court approved on November 29, 2006;
5  WHEREAS, in that Stipulation, the parties agreed to conduct Plaintiff's deposition on
6  December 19, 2006;
7  WHEREAS, in that Stipulation, the parties also agreed and the Court approved a deadline
8  to file dispositive motions of January 22, 2007;
9  WHEREAS, pursuant to the agreement of counsel and after confirming Plaintiff's
10 availability, Defendant served a notice of deposition setting Plaintiff's deposition for December
11 19, 2006;
12 WHEREAS, the day before the deposition, late in the afternoon on December 18, 2006,
13 Plaintiff's counsel notified Defendant's counsel that Plaintiff had been involved in a car accident
14 and suffered a minor head injury, and would be unable to appear for his deposition the next day;
15 WHEREAS, Plaintiff's counsel subsequently indicated that the first available date upon
16 which he and Plaintiff would be available for deposition would be January 3, 2007;
17 WHEREAS, Defendant's in-house counsel representative is not available to attend the
18 deposition on January 3 due to a previously scheduled vacation, and Defendant's counsel is not
19 available to take the deposition on January 3, 2007 due to an upcoming arbitration, which will
20 take place during the entire week of January 8, 2007;
21 WHEREAS, Defendant's counsel's first availability for deposition in January is the week
22 of January 15, 2007;
23 WHEREAS, to avoid the prejudice that would result to Defendant if the filing and other
24 deadlines in this action are not revised, Plaintiff and Defendant request a continuance of the
25 dispositive motion deadline in this action because of Plaintiff's and his counsel's inability to
26 attend the properly noticed deposition sufficiently in advance of the current deadline;[1]

---

[1] As the Court may recall, this is the third request for a continuance of these dates. The parties jointly requested the first continuance after Plaintiff's counsel cancelled Plaintiff's properly

MORGAN, LEWIS &
BOCK US LLP
ATTORNEYS AT LAW
PALO ALTO

1-LA/916853.1                    2                  Case No. C 05-04526 MHP
JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND CASE MANAGEMENT ORDER

WHEREAS, the parties further request a continuance of the other upcoming deadlines because the dispositive motion deadline affects the remaining deadlines in the action;

NOW, THEREFORE, the parties, through their undersigned respective counsel, stipulate and request that the Court approve the following schedule:

| Date | Event |
|---|---|
| 02/16/07 | Last day for parties to disclose class certification experts and reports, if any. |
| 02/26/07 | Last day to file dispositive motions. |
| 03/02/07 | Last day for parties to disclose class certification rebuttal experts and reports, if any. |
| 03/12/07 | Last day to file opposition to dispositive motions. |
| 03/19/07 | Last day to file reply in support of dispositive motions. |
| 04/02/07 @ 2:00 p.m. | Hearing on dispositive motions. |
| 04/11/07 | Last day by which non-expert class certification fact discovery must be completed. |
| 05/02/07 | Last day by which expert class certification fact discovery must be completed. |
| 06/04/07 | Last day by which Plaintiff must file motion for class certification. |
| 06/18/07 | Last day by which Defendant must file opposition to motion for class certification. |
| 06/25/07 | Last day by which Plaintiff must file a reply in support of motion for class certification. |
| 07/16/07 @ 2:00 p.m. | Hearing on class certification. |

\\\

\\\

\\\

noticed and agreed upon deposition date in September due to Plaintiff being out of the country. The parties jointly requested the second continuance when counsel for Plaintiff cancelled Plaintiff's properly noticed and agreed upon deposition date in November because of Plaintiff's counsel's conflicting out of town hearing. In each case, Defendant's counsel confirmed the deposition dates with opposing counsel before properly noticing the depositions.

1  To avoid prejudice to Defendant, GOOD CAUSE exists to amend the deadlines in this
2  action as described herein.

3  DATED: December 22, 2006          MORGAN, LEWIS & BOCKIUS LLP

                                    By _____
                                    Mona Badani
                                    Attorneys for Defendant
                                    WELLS FARGO INVESTMENTS, LLC

Dated: December 21, 2006            HOFFMAN & LAZEAR

                                    By _____
                                    Morgan Mack
                                    Attorneys for Plaintiff
                                    JERRY CHU

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: _____12/27_____, 2006        _____
                                    HON. MARILYN HALL PATEL
                                    U.S. District Court Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-LA/916853.1                          4                       Case No. C 05-04526 MHP
JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND CASE MANAGEMENT ORDER

Sent By: HOFFMAN AND LAZEAR;    510 835 1311;    Dec-22-06 9:40AM;    Page 5/5