| | |
|---|---|
| 1 | H. TIM HOFFMAN, State Bar No. 49141 |
| | HOFFMAN & LAZEAR |
| 2 | 180 Grand Avenue, Suite 1250 |
| | Oakland, CA 94612 |
| 3 | Tel: 510.763.5700 |
| | Fax: 510.835.1311 |
| 4 | |
| | KEVIN J. MCINERNEY |
| 5 | MCINERNEY & JONES |
| | 18124 Wedge Parkway, Suite 503 |
| 6 | Reno, NV 89511 |
| | Tel: 775.849.3811 |
| 7 | Fax: 775.849.3866 |
| 8 | Attorneys for Plaintiff |
| | JERRY CHU |
| 9 | |
| | DARYL S. LANDY, State Bar No. 136288 |
| 10 | MIRNA VILLEGAS, State Bar No. 205307 |
| | MONA M. BADANI, State Bar No. 227389 |
| 11 | MORGAN, LEWIS & BOCKIUS LLP |
| | 2 Palo Alto Square |
| 12 | 3000 El Camino Real, Suite 700 |
| | Palo Alto, CA 94306-2212 |
| 13 | Tel: 650.843.4000 |
| | Fax: 650.843.4001 |
| 14 | |
| | Attorneys for Defendant |
| 15 | WELLS FARGO INVESTMENTS, LLC |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JERRY CHU, individually and on behalf of all others similarly situated, | | Case No. C 05-04526 MHP |
| | Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND CASE MANAGEMENT ORDER** |
| v. | | |
| WELLS FARGO INVESTMENTS, LLC and DOES 1 through 50, Inclusive | | Judge: Hon. Marilyn Hall Patel |
| | Defendants. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3626483.2                                                                    Case No. C 05-04526 MHP

JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND CASE MANAGEMENT ORDER

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, and subject to the approval of this Court, that:

WHEREAS, the above-captioned matter (the *Chu* Action) presently has a schedule, to which the parties stipulated and the Court approved in December 2006;

WHEREAS, on December 28, 2006, Plaintiff Andrea Bulow ("Bulow") filed a purported nationwide class action lawsuit in the Northern District of California (Case No. C 06 4924 CRB) alleging that Defendant Wells Fargo Investments ("WFI") did not properly classify its financial services representatives and failed to pay them overtime (the "*Bulow* Action");

WHEREAS, WFI was personally served with the *Bulow* Action on January 4, 2007; WFI filed its Answer to the *Bulow* Action on January 31, 2007;

WHEREAS, on January 31, 2007, in accordance with Local Rule 3-12, WFI filed an Administrative Motion in this case to consider whether the *Bulow* Action and the *Chu* Action are related;

WHEREAS, on February 9, 2007, this Court issued an Order relating the *Chu* Action and the *Bulow* Action, and reassigning the *Bulow* Action to the Honorable Judge Marilyn Hall Patel's docket;

WHEREAS, the parties in this case agree that written discovery, depositions, and motion practice in the *Chu* Action and the *Bulow* Action could be largely duplicative given the overlapping claims and putative class members in the two actions (WFI's responses to Plaintiff's several sets of written discovery requests in the *Chu* Action are due in February 2007, Plaintiff in the *Chu* Action has noticed the deposition of a WFI representative under F.R.C.P. 30(b)(6) on February 13, 2007, and the dispositive motion deadline in the *Chu* Action is February 26, 2007);

WHEREAS, Plaintiff's counsel in the *Chu* Action agrees to grant WFI a ten-day extension to respond to Plaintiff's Amended First Set of Interrogatories, to February 22, 2007;

WHEREAS, the parties agree that they would incur additional burden and expense if they engaged in any additional written discovery, depositions, and motion practice at this time, until a Case Management Conference in the *Bulow* Action and the *Chu* Action;

NOW, THEREFORE, the parties, through their undersigned respective counsel, stipulate

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3626483.2

1

Case No. C 05-04526 MHP
JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND CASE MANAGEMENT ORDER

1  and request that the Court approve a stay of all remaining discovery and deadlines in the *Chu*
2  Action until the Court sets an early Case Management Conference in the *Bulow* and *Chu* Actions.
3        To avoid potential burden and expense to the parties, GOOD CAUSE exists to amend the
4  deadlines in this action as described herein.

6  DATED: February 9, 2007       MORGAN, LEWIS & BOCKIUS LLP

7
8  By _____
    Mona Badani
    Attorneys for Defendant
9   WELLS FARGO INVESTMENTS, LLC

11  Dated: February ___, 2007      HOFFMAN & LAZEAR

13  By _____
    H. Tim Hoffman
14   Attorneys for Plaintiff
    JERRY CHU

### ORDER

19  PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED:

22  Dated: __2/14__, 2007
                             HON. MARILYN HALL PATEL
                             U.S. District Court Judge

and request that the Court approve a stay of all remaining discovery and deadlines in the *Chu* Action until the Court sets an early Case Management Conference in the *Bulow* and *Chu* Actions.

To avoid potential burden and expense to the parties, GOOD CAUSE exists to amend the deadlines in this action as described herein.

DATED: February ___, 2007           MORGAN, LEWIS & BOCKIUS LLP

                                    By _____
                                    Mona Badani
                                    Attorneys for Defendant
                                    WELLS FARGO INVESTMENTS, LLC

Dated: February 9, 2007             HOFFMAN & LAZEAR

                                    By _____
                                    H. Tim Hoffman
                                    Attorneys for Plaintiff
                                    JERRY CHU

## ORDER

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED:

Dated: _____, 2007

                                    _____
                                    HON. MARILYN HALL PATEL
                                    U.S. District Court Judge

Case No. C 05-04526 MHP

1-PA/3626483.2                      2

JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND CASE MANAGEMENT ORDER

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO