1  DARYL S. LANDY (136288)
   MIRNA VILLEGAS (205307)
2  MONA M. BADANI (227389)
   MORGAN, LEWIS & BOCKIUS LLP
3  2 Palo Alto Square
   3000 El Camino Real, Suite 700
4  Palo Alto, California  94306-2212

5  Attorneys for Defendant
   WELLS FARGO INVESTMENTS, LLC
6

7  H. TIM HOFFMAN (049141)
   ARTHUR W. LAZEAR (083603)
8  MORGAN M. MACK (212659)
   HOFFMAN & LAZEAR
9  180 Grand Avenue, Suite 1550
   Oakland, California  94612
10

11 KEVIN J. McINERNEY (046941)
   McINERNEY & JONES
   18124 Wedge Parkway #503
12 Reno, Nevada  89511

13 Attorneys for Plaintiff
   JERRY CHU
14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17

18 | JERRY CHU, individually, and on behalf | Case No.  C 05-4526 MHP
   | of all others similarly situated,
19 |                 Plaintiffs,            | **STIPULATION AND** [PROPOSED]
                                              **ORDER TO CONTINUE STATUS**
20 |          vs.                           | **CONFERENCE**

21 | WELLS FARGO INVESTMENTS, LLC           | *[Filed concurrently with Stipulation and*
   | and, DOES 1 through 50, inclusive,     | *Proposed Order in C 06-7924]*
22 |                 Defendant.
                                              DATE:         August 13, 2007
23                                            TIME:         3:00 p.m
                                              COURTROOM:    15
24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3648725.1                                              CASE NO. C05 04526 MHP
        STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE

## STIPULATION

The parties to this action, through their counsel of record, hereby STIPULATE as follows:

On February 9, 2007, this Court related the *Bulow v. Wells Fargo Investments, LLC* (Case No. C-06-7924 MHP) case to the present case of *Jerry Chu v. Wells Fargo Investments, LLC* (Case No. C 05-4526 (MHP). On April 2, 2007, the Court granted the parties' request to continue the status conference in both cases for 90 days to give the parties time to complete ADR. Accordingly, the Court set a further status conference for August 13, 2007, at 3:00 p.m. and stayed further proceedings in both cases until that date, in order to allow the parties to devote their full energies to private mediation.

Because both actions involve substantially similar claims, the parties wish to mediate both actions at the same time. Although the Plaintiff in the *Bulow* matter has now been deposed, pre-mediation efforts, including scheduling and the sharing of confidential documents and information necessary for the mediation, have proved more complicated and time-consuming than when only the *Chu* matter was at issue. Additionally, Defendant's counsel, Mr. Daryl Landy and Ms. Mona Badani, are currently in trial in San Mateo Superior Court, thus further complicating scheduling issues. The parties have now agreed to mediate before Mark Buckstein on September 11, 2007, which is the first available date for the multiple parties and their representatives, the many counsel involved, and Mr. Buckstein.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3648725.1                                    1                        CASE NO. C05 04526 MHP
STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE

1    In light of these developments, the parties request that the Court continue the Status

2    Conference until at least 60 days after the first mediation session on September 11, 2007, and that

3    all proceedings remain stayed until that date.

4

5    Dated:  June ___, 2007                     HOFFMAN & LAZEAR

6
                                                By:_____
7                                                 MORGAN M. MACK
                                                  Attorneys for Plaintiff
8                                                 JERRY CHU

9    Dated:  June 27, 2007                     MORGAN LEWIS & BOCKIUS

10
                                                By:_____
11                                                MIRNA VILLEGAS
                                                  Attorneys for Defendant
12                                                WELLS FARGO INVESTMENTS, LLC

13

14

15

16
                                       **ORDER**
17
         In light of the foregoing STIPULATION of the parties, the Court ORDERS that the Status
18
     Conference presently scheduled for August 13, 2007 is hereby continued to October 29, 2007  ,
19
     at  3:00 p.m.,_____ and that all proceedings in this action remain stayed until that date.
20

21   Dated:  July 3, 2007 _____

22                                              _____
                                                HON. MARILYN HALL PATEL
23                                              U.S. District Court Judge

24                                              IT IS SO ORDERED

25                                              Judge Marilyn H. Patel

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3648725.1                                  2                        CASE NO. C05 04526 MHP
                 STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE

1    In light of these developments, the parties request that the Court continue the Status

2    Conference until at least 60 days after the first mediation session on September 11, 2007, and that

3    all proceedings remain stayed until that date.

4

5    Dated: June 27, 2007                          HOFFMAN & LAZEAR

6                                                  By:_____

7                                                  MORGAN M. MACK
                                                   Attorneys for Plaintiff
8                                                  JERRY CHU

9    Dated: June ___, 2007                         MORGAN LEWIS & BOCKIUS

10                                                 By:_____

11                                                 MIRNA VILLEGAS
                                                   Attorneys for Defendant
12                                                 WELLS FARGO INVESTMENTS, LLC

13

14

15

16                                         **ORDER**

17        In light of the foregoing STIPULATION of the parties, the Court ORDERS that the Status

18   Conference presently scheduled for August 13, 2007 is hereby continued to _____,

19   at _____ and that all proceedings in this action remain stayed until that date.

20

21   Dated: _____            _____

22                                        HON. MARILYN HALL PATEL
                                          U.S. District Court Judge

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3648725.1                            2                        CASE NO. C05 04526 MHP
STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE

1

## PROOF OF SERVICE

2
3

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 300 South Grand Avenue, Twenty-Second Floor, Los Angeles, CA  90071-3132.  On June 27, 2007, I served the within documents:

4

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**

5
6

☐    by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

7
8

☒    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

9
10

☐    by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

11
12

☐    by causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below.

13
14
15

H. Tim Hoffman
Arthur W. Lazear
MORGAN M. MACK (212659)
HOFFMAN & LAZEAR
180 Grand Avenue, Suite 1550
Oakland, California  94612

Kevin J. McInerney
McINERNEY & JONES
18124 Wedge Parkway #503
Reno, Nevada  89511

16
17
18
19

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

20

Executed on June 27, 2007, at Los Angeles, California.

21
22

I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct.

23

_Shari Sanders_
Shari Sanders

24
25
26
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3648725.1

3

CASE NO. C05 04526 MHP

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**