1 | H. TIM HOFFMAN (049141)
2 | ARTHUR W. LAZEAR (083603)
  | MORGAN M. MACK (212659)
3 | HOFFMAN & LAZEAR
  | 180 Grand Avenue, Suite 1550
4 | Oakland, California 94612
5 |
6 | KEVIN J. McINERNEY (046941)
  | McINERNEY & JONES
7 | 18124 Wedge Parkway #503
  | Reno, Nevada 89511
8 |
  | Attorneys for Plaintiff
9 | Jerry Chu

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY CHU, individually and on behalf of all others similarly situated,<br><br>　　　Plaintiff,<br><br>vs.<br><br>WELLS FARGO INVESTMENTS, LLC, and DOES 1 through 50, inclusive,<br><br>　　　Defendants. | CASE NO. C 05-04526 MHP<br><br>**[PROPOSED]**<br>**ORDER GRANTING PLAINTIFF'S MOTION (1) TO CONSOLIDATE, (2) FOR LEAVE TO FILE AN AMENDED COMPLAINT, and (3) TO APPOINT CO-LEAD COUNSEL;**<br>Date: September 4, 2007<br>Time: 2:00 p.m.<br>Courtroom: 15<br>Before Hon. Marilyn Hall Patel |

This matter came before the Court for hearing on September 4, 2007 before the Honorable Marilyn Hall Patel, with counsel of record appearing for all parties.

After full consideration of the evidence and the authorities submitted by counsel, as well as counsel's oral argument, and for good cause shown,

IT IS HEREBY ORDERED THAT Plaintiff Jerry Chu's motion be granted, and that :

(1) all litigation pending in the *Chu v. Wells Fargo Investments, LLC,* Case No. C-05-04526 MHP and *Bulow v. Wells Fargo Investments, LLC,* Case No. C-06-07924 MHP cases shall henceforth be consolidated;

(2) Plaintiff Chu is granted leave to file the proposed First Amended Complaint submitted as an exhibit to the Declaration of Tim Hoffman in support of the present motion.  Defendant shall file its response to the First Amended Complaint within thirty days of its being served with the First Amended Complaint; and

(3) The law firm of Hoffman & Lazear is appointed lead counsel for the putative plaintiff class.

IT IS SO ORDERED.

Dated: October 26_____, 2007



[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION (1) TO CONSOLIDATE, (2) FOR LEAVE TO FILE AN AMMENDED COMPLAINT, and (3) TO APPOINT CO-LEAD COUNSEL   CASE No. 05-0452MHP