| | |
|---|---|
| DARYL S. LANDY, SBN 136288<br>BARBARA I. ANTONUCCI, SBN 209039<br>MORGAN, LEWIS & BOCKIUS LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306-2212<br>Tel: 650.843.4000<br>Fax: 650.843.4001<br><br>Attorneys for Defendant<br>WELLS FARGO INVESTMENTS, LLC | H. TIM HOFFMAN (049141)<br>ARTHUR W. LAZEAR (083603)<br>MORGAN M. MACK (212659)<br>HOFFMAN & LAZEAR<br>180 Grand Avenue, Suite 1550<br>Oakland, California 94612<br><br>Attorneys for Plaintiff<br>Jerry Chu<br><br>SCOTT COLE<br>CLYDE H. CHARLTON<br>MATTHEW R. BAINER<br>SCOTT COLE & ASSOCIATES, APC<br>1970 Broadway, Suite 950<br>Oakland, California 94612<br>Tel: (510) 891-9800<br>Fax: (510) 891-7030<br><br>Attorneys for Plaintiff<br>ANDREA X. BULOW |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Plaintiffs JERRY CHU and ANDREA X. BULOW, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>WELLS FARGO INVESTMENTS, LLC,<br><br>    Defendants. | Case Nos. C-05-04526 MHP;<br>C-06-7924 MHP<br><br>*Consolidated Action*<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING DEADLINES** |

1-SF/7700283.1

Case No. C-05-04526 MHP

## STIPULATION

WHEREAS, following the October 29, 2007 case management conference, the Court issued a minute order setting forth deadlines for non-expert discovery and dispositive motions;

WHEREAS, according to the Court's minute order, the deadline for completing non-expert discovery was May 1, 2008, and the deadline for filing dispositive motions is May 19, 2008, with oppositions due on June 2, 2008, replies due on June 9, 2008, with the hearing on dispositive motions is set for 2:00 p.m. on June 23, 2008.

WHEREAS, since the Court's minute order, the parties met and conferred extensively regarding Defendant's objection to an interrogatory requesting the contact information of all putative class members;

WHEREAS, the parties were unable to informally resolve this dispute and requested a discovery conference before the Court on March 24, 2008;

WHEREAS, due to the schedules of the parties and the Court's calendar, the discovery dispute could not be heard until April 15, 2008;

WHEREAS, given that the dispute regarding the disclosure of putative class member contact information was not heard until April 15, 2008 and on April 30, 2008 Defendant produced updated contact information, Plaintiffs have not had an opportunity to complete discovery related to these putative class members;

NOW, THEREFORE, Plaintiffs and Defendant, through their undersigned respective counsel, stipulate and request that the Court approve the following revised schedule:

| | |
|---|---|
| 9/22/08 | Last day by which non-expert class certification discovery must be completed |
| 10/20/08 | Last day to file dispositive motions |
| 11/10/08 | Last day to file oppositions to dispositive motions |
| 11/24/08 | Last day to file replies in support of dispositive motions |
| 12/08/08 | Hearing on dispositive motions at 2:00 p.m. |

To avoid prejudice to both parties, GOOD CAUSE exists to modify the deadlines in this action as described herein.

1-SF/7700283.1                                    1                        Case No. C-05-04526 MHP
STIPULATION AND [PROPOSED] ORDER MODIFYING DEADLINES

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

| | | |
|---|---|---|
| 1 | Dated: May 10, 2008 | MORGAN LEWIS & BOCKIUS LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Barbara Antonucci<br>Attorneys for Defendant |
| 5 | | WELLS FARGO INVESTMENTS, LLC |
| 6 | Dated: May 6, 2008 | HOFFMAN & LAZEAR |
| 7 | | |
| 8 | | By: _____<br>Morgan Mack |
| 9 | | Attorneys for Plaintiff<br>JERRY CHU |
| 10 | Dated: May 6, 2008 | SCOTT COLE & ASSOCIATES, APC |
| 11 | | |
| 12 | | By: _____ |
| 13 | | Carrie Lin<br>Attorneys for Plaintiff<br>ANDREA X. BULOW |

### ORDER

In light of the foregoing STIPULATION of the parties, the Court ORDERS that the deadlines in this case are hereby modified as follows:

| | |
|---|---|
| 9/22/08 | Last day by which non-expert class certification discovery must be completed |
| 10/20/08 | Last day to file dispositive motions |
| 11/10/08 | Last day to file oppositions to dispositive motions |
| 11/24/08 | Last day to file replies in support of dispositive motions |
| 12/08/08 | Hearing on dispositive motions at 2:00 p.m. |

Dated: 5/8/2008

_____
HON. MARILYN H. PATEL
U.S. District Court Judge

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA