DARYL S. LANDY, SBN 136288
BARBARA I. ANTONUCCI, SBN 209039
JULIA Y. TRANKIEM, SBN 228666
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2212
Tel: 650.843.4000
Fax: 650.843.4001

Attorneys for Defendant
WELLS FARGO INVESTMENTS, LLC

H. TIM HOFFMAN, SBN 049141
ARTHUR W. LAZEAR, SBN 083603
MORGAN M. MACK, SBN 212659
HOFFMAN & LAZEAR
180 Grand Avenue, Suite 1550
Oakland, California 94612
Tel: 510.763.5700
Fax: 510.835.1311

Attorneys for Plaintiff
JERRY CHU

SCOTT E. COLE, SBN 160744
EILEEN BISSEN, SBN 245821
SCOTT COLE & ASSOCIATES, APC
1970 Broadway, 9th Floor
Oakland, California 94612
Tel: 510.891.9800
Fax: 510.891.7030

Attorneys for Plaintiff
ANDREA X. BULOW

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Plaintiffs JERRY CHU and ANDREA X. BULOW, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO INVESTMENTS, LLC,<br><br>Defendants. | Case Nos. C-05-04526 MHP;<br>C-06-7924 MHP<br><br>*Consolidated Action*<br><br>**STIPULATION AND [PROPOSED]<br>ORDER MODIFYING DEADLINES** |

DB2/20858844.4

Case No. C-05-04526 MHP
STIPULATION AND [PROPOSED]
ORDER MODIFYING DEADLINES

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

## STIPULATION

WHEREAS, on May 8, 2008, the Court issued an Order approving a stipulation between the parties that set forth deadlines for dispositive motions and other items;

WHEREAS, according to the Court's May 8, 2008 Order, the deadline for filing dispositive motions is October 20, 2008, with oppositions due on November 10, 2008, replies due on November 24, 2008, and with the hearing on dispositive motions scheduled for 2:00 p.m. on December 8, 2008;

WHEREAS, subject to extending the deadline for filing dispositive motions, the parties have agreed to conduct a second private mediation, not yet scheduled but intended to occur before the end of 2008, and would like to focus their energies and resources on attempting to resolve this case;

WHEREAS, as an additional matter, Plaintiffs have communicated that they intend to request leave to amend the operative complaint to add three (3) named plaintiffs as proposed class representatives, but to date have not filed a motion for leave to amend the complaint;

WHEREAS, Defendant Wells Fargo Investments ("WFI") has not had the opportunity to take any discovery of the proposed additional class representatives and opposes any proposed amendment of the complaint;

WHEREAS, in light of the above factors, the parties have agreed to seek to extend all existing pending deadlines to a mutually agreed upon schedule;

WHEREAS, the parties will submit to the Court the proposed revised deadlines within ten (10) days of the mediation, if such mediation is unsuccessful;

NOW, THEREFORE, Plaintiffs and WFI, through their undersigned respective counsel, stipulate and request that the Court vacate all existing pending deadlines until after the parties attend and participate in mediation.

To avoid prejudice to the parties and to facilitate possible settlement, GOOD CAUSE exists to modify the deadlines in this action as described herein.

Dated: October 14, 2008

MORGAN LEWIS & BOCKIUS LLP

By: /s/ Barbara Antonucci
Barbara Antonucci
Attorneys for Defendant
WELLS FARGO INVESTMENTS, LLC

Dated: October __, 2008

HOFFMAN & LAZEAR

By: _____
Morgan Mack
Attorneys for Plaintiff
JERRY CHU

Dated: October 14, 2008

SCOTT COLE & ASSOCIATES, APC

By: /s/ Matthew Bainer
Matthew Bainer
Attorneys for Plaintiff
ANDREA X. BULOW

### ORDER

In light of the foregoing STIPULATION of the parties, the Court ORDERS that all existing pending deadlines are vacated until after the parties attend mediation. The Court further ORDERS that, within ten (10) days of the mediation, the parties will submit to the Court proposed revised deadlines, if necessary. **Mediation shall be completed by January 15, 2009.**

Dated: 10/15/2008

IT IS SO ORDERED
/s/ Marilyn H. Patel
HON. MARILYN HALL PATEL
U.S. District Court Judge

DB2/20858844.4

Case No. C-05-04526 MHP
STIPULATION AND [PROPOSED] ORDER MODIFYING DEADLINES

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW

1  To avoid prejudice to the parties and to facilitate possible settlement, GOOD CAUSE
2  exists to modify the deadlines in this action as described herein.

3  Dated: October __, 2008          MORGAN LEWIS & BOCKIUS LLP

5                                                By:_____
                                                    Barbara Antonucci
                                                    Attorneys for Defendant
6                                                   WELLS FARGO INVESTMENTS, LLC

8  Dated: October 14, 2008          HOFFMAN & LAZEAR

9                                                By:_____
                                                    Morgan Mack
10                                                  Attorneys for Plaintiff
                                                    JERRY CHU

12  Dated: October __, 2008          SCOTT COLE & ASSOCIATES, APC

14                                               By:_____
                                                    Carrie Lin
                                                    Attorneys for Plaintiff
15                                                  ANDREA X. BULOW

## ORDER

In light of the foregoing STIPULATION of the parties, the Court ORDERS that all existing pending deadlines are vacated until after the parties attend mediation. The Court further ORDERS that, within ten (10) days of the mediation, the parties will submit to the Court proposed revised deadlines, if necessary.

Dated: _____          _____
                                    HON. MARILYN HALL PATEL
                                    U.S. District Court Judge