
| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | DARYL S. LANDY, SBN 136288<br>BARBARA I. ANTONUCCI, SBN 209039<br>JULIA Y. TRANKIEM, SBN 228666<br>MORGAN, LEWIS & BOCKIUS LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306-2212<br>Tel: 650.843.4000<br>Fax: 650.843.4001 |
| 6<br>7 | Attorneys for Defendant<br>WELLS FARGO INVESTMENTS, LLC |

H. TIM HOFFMAN, SBN 049141
ARTHUR W. LAZEAR, SBN 083603
MORGAN M. MACK, SBN 212659
HOFFMAN & LAZEAR
180 Grand Avenue, Suite 1550
Oakland, California 94612
Tel: 510.763.5700
Fax: 510.835.1311

Attorneys for Plaintiff
JERRY CHU

SCOTT E. COLE, SBN 160744
EILEEN BISSEN, SBN 245821
SCOTT COLE & ASSOCIATES, APC
1970 Broadway, 9th Floor
Oakland, California 94612
Tel: 510.891.9800
Fax: 510.891.7030

Attorneys for Plaintiff
ANDREA X. BULOW

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Plaintiffs JERRY CHU and ANDREA X. BULOW, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO INVESTMENTS, LLC,<br><br>Defendants. | Case Nos. C-05-04526 MHP;<br>C-06-07924 MHP<br><br>*Consolidated Action*<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING DEADLINES** |

DB2/20962360.1

Case No. C-05-04526 MHP
STIPULATION AND [PROPOSED]
ORDER MODIFYING DEADLINES

## STIPULATION

WHEREAS, on October 15, 2008, the Court issued an Order approving a stipulation between the parties that modified deadlines for dispositive motions and other items;

WHEREAS, according to the Court's October 15, 2008 Order, the deadline for completing private mediation is January 15, 2009;

WHEREAS, the parties had scheduled a private mediation for January 15, 2009, in San Francisco;

WHEREAS, in connection with the very recent closing of the merger between Wells Fargo and Wachovia Corporation, the individuals intending to represent Wells Fargo at the mediation have been called out of town unexpectedly on January 15, 2009, and will not be available on the scheduled mediation date;

WHEREAS, in light of the above factors, the parties have conferred with the mediator and agreed to seek to extend the deadline by which to complete mediation until January 19, 2009;

WHEREAS, the parties continue to agree to extend all existing pending deadlines to a mutually agreed upon schedule;

WHEREAS, the parties will submit to the Court the proposed revised deadlines within ten (10) days of the mediation, if such mediation is unsuccessful;

NOW, THEREFORE, Plaintiffs and WFI, through their undersigned respective counsel, stipulate and request that the Court vacate the existing mediation deadline of January 15, 2009, and extend it until January 19, 2009.

To avoid prejudice to the parties and to facilitate possible settlement, GOOD CAUSE exists to modify the deadlines in this action as described herein.

Dated: January 7, 2009          MORGAN LEWIS & BOCKIUS LLP

By: /s/ Daryl Landy
Daryl Landy
Attorneys for Defendant
WELLS FARGO INVESTMENTS, LLC

Dated: January 7, 2009          HOFFMAN & LAZEAR

By: /s/ Morgan Mack (as authorized on January 7, 2009)
Morgan Mack
Attorneys for Plaintiff
JERRY CHU

Dated: January 7, 2009          SCOTT COLE & ASSOCIATES, APC

By: /s/ Scott E. Cole (as authorized on January 7, 2009)
Scott E. Cole
Attorneys for Plaintiff
ANDREA X. BULOW

## ORDER

In light of the foregoing STIPULATION of the parties, the Court ORDERS that the existing mediation deadline is extended to January 19, 2009. The Court further ORDERS that, within ten (10) days of the mediation, the parties will submit to the Court proposed revised deadlines, if necessary.

Dated: 1/8/2009

IT IS SO ORDERED
Judge Marilyn H. Patel

DB2/20962360.1          2          Case No. C-05-04526 MHP
STIPULATION AND [PROPOSED] ORDER MODIFYING DEADLINES

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW