| | |
|---|---|
| DARYL S. LANDY, SBN 136288<br>BARBARA I. ANTONUCCI, SBN 209039<br>JULIA Y. TRANKIEM, SBN 228666<br>MORGAN, LEWIS & BOCKIUS LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA  94306-2212<br>Tel:  650.843.4000<br>Fax:  650.843.4001<br><br>Attorneys for Defendant<br>WELLS FARGO INVESTMENTS, LLC | H. TIM HOFFMAN, SBN 049141<br>ARTHUR W. LAZEAR, SBN 083603<br>MORGAN M. MACK, SBN 212659<br>HOFFMAN & LAZEAR<br>180 Grand Avenue, Suite 1550<br>Oakland, California 94612<br>Tel:  510.763.5700<br>Fax:  510.835.1311<br><br>Attorneys for Plaintiff<br>JERRY CHU<br><br>MATTHEW R. BAINER, SBN 220972<br>SCOTT COLE & ASSOCIATES, APC<br>1970 Broadway, 9th Floor<br>Oakland, California 94612<br>Tel:  510.891.9800<br>Fax:  510.891.7030<br><br>Attorneys for Plaintiff<br>ANDREA X. BULOW |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Plaintiffs JERRY CHU and ANDREA X. BULOW, individually, and on behalf of all others similarly situated,<br><br>                      Plaintiffs,<br><br>v.<br><br>WELLS FARGO INVESTMENTS, LLC,<br><br>                      Defendants. | Case Nos. C-05-04526 MHP;<br>C-06-07924 MHP<br><br>*Consolidated Action*<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING DEADLINES** |

DB2/20976129.2

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW

Case No. C-05-04526 MHP
STIPULATION AND [PROPOSED]
ORDER MODIFYING DEADLINES

**STIPULATION**

WHEREAS, on January 8, 2009, the Court issued an Order approving a stipulation between the parties that modified deadlines for completing private mediation;

WHEREAS, according to the Court's January 8, 2009 Order, the deadline for completing private mediation was January 19, 2009;

WHEREAS, the parties engaged in a full day private mediation session on January 19, 2009, in San Francisco;

WHEREAS, although the parties made progress towards reaching a settlement, they were unable to come to an agreement;

WHEREAS, the parties are continuing settlement discussions with the private mediator, believe that a further mediation session may be beneficial and effective, and have agreed to engage in an additional private mediation session to occur no later than March 31, 2009;

WHEREAS, the parties will submit to the Court the proposed revised deadlines within ten (10) days of the mediation, if such mediation is unsuccessful;

NOW, THEREFORE, Plaintiffs and WFI, through their undersigned respective counsel, stipulate and request that the Court vacate the existing mediation deadline of January 19, 2009, continue to stay the litigation proceedings until mediation has been completed, and extend the mediation deadline until March 31, 2009.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

DB2/20976129.2            1            Case No. C-05-04526 MHP
                                       STIPULATION AND [PROPOSED]
                                       ORDER MODIFYING DEADLINES

To avoid prejudice to the parties and to facilitate possible settlement, GOOD CAUSE exists to modify the deadlines in this action as described herein.

Dated: January 30, 2009          MORGAN LEWIS & BOCKIUS LLP

                                 By:    /s/ Daryl Landy
                                        Daryl Landy
                                        Attorneys for Defendant
                                        WELLS FARGO INVESTMENTS, LLC

Dated: January 30, 2009          HOFFMAN & LAZEAR

                                 By:    /s/ Morgan Mack (as authorized on
                                        January 30, 2009)
                                        Morgan Mack
                                        Attorneys for Plaintiff
                                        JERRY CHU

Dated: January 30, 2009          SCOTT COLE & ASSOCIATES, APC

                                 By:    /s/ Matthew R. Bainer (as authorized on
                                        January 30, 2009)
                                        Matthew R. Bainer
                                        Attorneys for Plaintiff
                                        ANDREA X. BULOW

**ORDER**

In light of the foregoing STIPULATION of the parties, the Court ORDERS that the existing mediation deadline is extended to March 31, 2009. The Court further ORDERS that, within ten (10) days of the mediation, the parties will submit to the Court proposed revised deadlines, if necessary.

Dated: 2/2/2009                  _____
                                 HON. MA...
                                 U.S. Distri...

IT IS SO ORDERED
Judge Marilyn H. Patel

DB2/20976129.2                   2                   Case No. C 05-04526 MHP
                                                     STIPULATION AND [PROPOSED]
                                                     ORDER MODIFYING DEADLINES

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW