1  DARYL S. LANDY, SBN 136288
   BARBARA I. ANTONUCCI, SBN 209039
2  SACHA M. STEENHOEK, SBN 253743
   MORGAN, LEWIS & BOCKIUS LLP
3  2 Palo Alto Square
   3000 El Camino Real, Suite 700
4  Palo Alto, CA  94306-2212
   Tel:  650.843.4000
5  Fax:  650.843.4001

6  Attorneys for Defendant
   WELLS FARGO INVESTMENTS, LLC

7

8

9

10

11

H. TIM HOFFMAN, SBN 049141
ARTHUR W. LAZEAR, SBN 083603
MORGAN M. MACK, SBN 212659
HOFFMAN & LAZEAR
180 Grand Avenue, Suite 1550
Oakland, California 94612
Tel:  510.763.5700
Fax:  510.835.1311

Attorneys for Plaintiff
JERRY CHU

MATTHEW R. BAINER, SBN 220972
SCOTT COLE & ASSOCIATES, APC
1970 Broadway, 9th Floor
Oakland, California 94612
Tel:  510.891.9800
Fax:  510.891.7030

Attorneys for Plaintiff
ANDREA X. BULOW

12

13

14                    UNITED STATES DISTRICT COURT

15            FOR THE NORTHERN DISTRICT OF CALIFORNIA

16  Plaintiffs JERRY CHU and ANDREA X.
    BULOW, individually, and on behalf of all
17  others similarly situated,

18                          Plaintiffs,

19  v.

20  WELLS FARGO INVESTMENTS, LLC,

21                          Defendants.

22

Case Nos. C-05-04526 MHP;
          C-06-07924 MHP

*Consolidated Action*

**STIPULATION AND [PROPOSED]
ORDER MODIFYING DEADLINES**

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

DB2/21068954.6

Case No. C-05-04526 MHP
STIPULATION AND [PROPOSED]
ORDER MODIFYING DEADLINES

**STIPULATION**

WHEREAS, on May 8, 2008 the Court issued an Order setting a schedule for completing class discovery and filing dispositive motions;

WHEREAS, on October 15, 2008, January 8, 2009, and February 2, 2009 the Court issued Orders approving stipulations between the parties that modified the schedule and enlarged deadlines for completing private mediation;

WHEREAS, according to the Court's February 2, 2009 Order, the deadline for completing private mediation was March 31, 2009;

WHEREAS, the parties conducted a full-day private mediation session on January 19, 2009 in San Francisco;

WHEREAS, the parties continued to utilize the services of a private mediator, and continued to attempt to settle the case from January through June 2009;

WHEREAS, although the parties made progress towards reaching a settlement, they were unable to reach an agreement;

NOW, THEREFORE, Plaintiffs and WFI, through their undersigned respective counsel, stipulate and request that the Court schedule a Case Management Conference and approve the following revised schedule:

8/24/2009     Hearing on Plaintiffs' Motion for Leave to File Second Amended Consolidated Complaint and for Joinder of Parties Plaintiff at 2:00 p.m.

IF THE MOTION FOR LEAVE TO AMEND IS DENIED, the parties request that the Court approve the following schedule:

9/21/2009     Last day by which non-expert discovery propounded before the February 2, 2009 Order must be completed; all other non-expert discovery is closed

10/12/2009     Last day to file dispositive motions

11/9/2009     Last day to file oppositions to dispositive motions

11/23/2009     Last day to file replies in support of dispositive motions

12/7/2009     Hearing on dispositive motions at 2:00 p.m.

1/11/2010     Last day to file motion for class certification

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

DB2/21068954.6                                    1                          Case No. C-05-04526 MHP
STIPULATION AND [PROPOSED]
ORDER MODIFYING DEADLINES

| | |
|---|---|
| 3/1/2010 | Last day to file opposition to motion for class certification |
| 3/29/2010 | Last day to file reply in support of motion for class certification |
| 4/19/2010 | Hearing on motion for class certification |

IF THE MOTION FOR LEAVE TO AMEND IS GRANTED, the parties request that the Court approve the following schedule:

| | |
|---|---|
| 11/16/09 | Last day by which non-expert discovery propounded before the February 2, 2009 Order or relating to the new plaintiffs must be completed; all other non-expert discovery is closed |
| 12/14/2009 | Last day to file dispositive motions |
| 1/11/2010 | Last day to file oppositions to dispositive motions |
| 1/25/2010 | Last day to file replies in support of dispositive motions |
| 2/8/2010 | Hearing on dispositive motions at 2:00 p.m. |
| 4/8/2010 | Last day to file motion for class certification |
| 6/7/2010 | Last day to file opposition to motion for class certification |
| 7/12/2010 | Last day to file reply in support of motion for class certification |
| 8/2/2010 | Hearing on motion for class certification |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

DB2/21068954.6

2

Case No. C-05-04526 MHP

STIPULATION AND [PROPOSED]
ORDER MODIFYING DEADLINES

1    To avoid prejudice to the parties and to facilitate case management, GOOD CAUSE exists

2    to modify the deadlines in this action as described herein.

3    Dated: July 21, 2009                    MORGAN LEWIS & BOCKIUS LLP

4

5                                            By:    /s/ Daryl Landy
                                                    Daryl Landy
                                                    Attorneys for Defendant
6                                                   WELLS FARGO INVESTMENTS, LLC

7

8    Dated: July 21, 2009                    HOFFMAN & LAZEAR

9                                            By:    /s/ Morgan Mack (as authorized on
                                                    July 21, 2009)
10                                                  Morgan Mack
                                                    Attorneys for Plaintiff
11                                                  JERRY CHU

12

13   Dated: July 21, 2009                    SCOTT COLE & ASSOCIATES, APC

14                                           By:    /s/ Scott Cole (as authorized on
                                                    July 21, 2009)
15                                                  Scott Cole
                                                    Attorneys for Plaintiff
16                                                  ANDREA X. BULOW

17

18                                       **ORDER**

19        In light of the foregoing STIPULATION of the parties, the Court ORDERS that the

20   deadlines in this case are hereby modified as indicated above.

21

22   Dated:    7/24/2009

23                                           HON. MARILYN HALL
                                             U.S. District

24                                           IT IS SO ORDERED

25                                           Judge Marilyn H. Patel

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

DB2/21068954.6                    3                    Case No. C-05-04526 MHP
                                                       STIPULATION AND [PROPOSED]
                                                       ORDER MODIFYING DEADLINES