| | |
|---|---|
| DARYL S. LANDY, SBN 136288 | ARTHUR W. LAZEAR, SBN 083603 |
| BARBARA I. ANTONUCCI, SBN 209039 | MORGAN M. MACK, SBN 212659 |
| SACHA M. STEENHOEK, SBN 253743 | HOFFMAN & LAZEAR |
| MORGAN, LEWIS & BOCKIUS LLP | 180 Grand Avenue, Suite 1550 |
| 2 Palo Alto Square | Oakland, California 94612 |
| 3000 El Camino Real, Suite 700 | Tel: 510.763.5700 |
| Palo Alto, CA 94306-2212 | Fax: 510.835.1311 |
| Tel: 650.843.4000 | |
| Fax: 650.843.4001 | Attorneys for Plaintiffs |
| | JERRY CHU, THOMAS CALFORDA, |
| Attorneys for Defendant | LEBRONE KING and TAMARA |
| WELLS FARGO INVESTMENTS, LLC | TURKISHER |
| | |
| | SCOTT E. COLE SBN 106744 |
| | TIMOTHY P. RUMBERGER, SBN 145984 |
| | SCOTT COLE & ASSOCIATES, APC |
| | 1970 Broadway, 9th Floor |
| | Oakland, California 94612 |
| | Tel: 510.891.9800 |
| | Fax: 510.891.7030 |
| | |
| | Attorneys for Plaintiff |
| | ANDREA X. BULOW |
| H. TIM HOFFMAN, SBN 049141 | |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY CHU, ANDREA X. BULOW, THOMAS CALFORDA, LEBRONE KING and TAMARA TURKISHER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO INVESTMENTS, LLC,<br><br>Defendants. | Case Nos. C-05-04526 MHP;<br>C-06-07924 MHP<br><br>*Consolidated Action*<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME** |

DB2/21398111.1                                        1                            Case No. C-05-04526 MHP

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME

## STIPULATION

WHEREAS, on September 24, 2009 the Court issued an Order granting Plaintiffs leave to add THOMAS CALFORDA, LEBRONE KING and TAMARA TURKISHER to the action as named Plaintiffs;

WHEREAS, on October 9, 2008, Plaintiffs filed the consolidated Second Amended Complaint;

WHEREAS, Named Plaintiff Andrea Bulow was inadvertently not included in the Second Amended Complaint;

WHEREAS, the Plaintiffs are in the process of correcting the Second Amended Complaint and will file a corrected Second Amended Complaint by Wednesday, October 28, 2009;

NOW, THEREFORE, Plaintiffs and WFI, through their undersigned respective counsel, stipulate and request that the Court allow Plaintiffs to file a corrected Second Amended Complaint including Named Plaintiff Andrea Bulow and extend the time for WFI to file an answer to the Corrected Amended Complaint from October 26, 2009 to 10 Court days from the filing of the corrected Second Amended Complaint.

To avoid prejudice to the parties and to facilitate case management, GOOD CAUSE exists to modify the deadlines in this action as described herein.

Dated: October 23, 2009     MORGAN LEWIS & BOCKIUS LLP

                             By:     /s/ Daryl Landy
                                   Daryl Landy
                                   Attorneys for Defendant
                                   WELLS FARGO INVESTMENTS, LLC

Dated: October 23, 2009            HOFFMAN & LAZEAR

                                   By:   /s/ Morgan Mack
                                       Morgan Mack
                                       Attorneys for Plaintiffs
                                       JERRY CHU THOMAS CALFORDA,
                                       LEBRONE KING and TAMARA
                                       TURKISHER

Dated: October 23, 2009            SCOTT COLE & ASSOCIATES, APC

                                   By:   /s/ Scott E. Cole
                                       Scott E. Cole
                                       Attorneys for Plaintiff
                                       ANDREA X. BULOW

**ORDER**

In light of the foregoing STIPULATION of the parties, the Court ORDERS that the deadlines in this case are hereby modified as indicated above.

Dated: 10/26/09

IT IS SO ORDERED

/s/ Judge Marilyn H. Patel

HON.
U.S. D

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
DB2/21398111.1                          2                    Case No. C-05-04526 MHP

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME