DARYL S. LANDY, SBN 136288
BARBARA I. ANTONUCCI, SBN 209039
SACHA M. STEENHOEK, SBN 253743
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2212
Tel:  650.843.4000
Fax:  650.843.4001

Attorneys for Defendant
WELLS FARGO INVESTMENTS, LLC

H. TIM HOFFMAN, SBN 049141
ARTHUR W. LAZEAR, SBN 083603
MORGAN M. MACK, SBN 212659
HOFFMAN & LAZEAR
180 Grand Avenue, Suite 1550
Oakland, California 94612
Tel:  510.763.5700
Fax:  510.835.1311

Attorneys for Plaintiffs
JERRY CHU, THOMAS CALFORDA,
LEBRONE KING, and TAMARA
TURKISHER

SCOTT E. COLE, SBN 160744
TIMOTHY P. RUMBERGER, SBN 145984
SCOTT COLE & ASSOCIATES, APC
1970 Broadway, 9th Floor
Oakland, California 94612
Tel:  510.891.9800
Fax:  510.891.7030

Attorneys for Plaintiff
ANDREA X. BULOW

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| JERRY CHU, ANDREA X. BULOW, THOMAS CALFORDA, LEBRONE KING, and TAMARA TURKISHER, individually and on behalf of all others similarly situated, | Case Nos. C-05-04526 MHP; C-06-07924 MHP |
|---|---|
| Plaintiffs, | *Consolidated Action* |
| v. | **STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING DEADLINES** |
| WELLS FARGO INVESTMENTS, LLC, and DOES 1 through 50, Inclusive, | |
| Defendants. | |
| AND CONSOLIDATED ACTIONS | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

DB2/21461445.1

Case No. C-05-04526 MHP
Case No. C-06-07924 MHP
STIPULATION AND [PROPOSED]
ORDER MODIFYING DEADLINES

1

**STIPULATION**

2      WHEREAS, on May 8, 2008 the Court issued an Order setting a schedule for completing

3    class discovery and filing dispositive motions;

4      WHEREAS, on October 15, 2008, January 8, 2009, and February 2, 2009 the Court issued

5    Orders approving stipulations between the parties that modified the schedule and enlarged

6    deadlines for completing private mediation;

7      WHEREAS, the parties utilized the services of a private mediator and attempted to settle

8    the case thereafter;

9      WHEREAS, although the parties made progress toward reaching a settlement, they were

10   unable to reach an agreement;

11      WHEREAS, on July 28, 2009, the Court issued an order setting December 14, 2009 as the

12   deadline for filing dispositive motions;

13      WHEREAS, the parties are now discussing the possibility of conducting an additional

14   mediation session with a private mediator;

15      WHEREAS, in order to focus resources on efforts to possibly schedule another private

16   mediation, the parties jointly seek to extend the deadline to file dispositive motions one week, to

17   December 21, 2009, with the schedule subject to further revision depending on the outcome of the

18   parties' discussions about scheduling another private mediation.

19      NOW, THEREFORE, Plaintiffs and Wells Fargo Investments, LLC, through their

20   undersigned respective counsel, stipulate and request that the Court approve a modified schedule

21   in which the last day to file dispositive motions is extended one week, to December 21, 2009.

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

DB2/21461445.1

1

Case No. C-05-04526 MHP
Case No. C-06-07924 MHP
STIPULATION AND [PROPOSED]
ORDER MODIFYING DEADLINES

1      To avoid prejudice to the parties and to facilitate case management, GOOD CAUSE exists

2   to modify the deadlines in this action as described herein.

3   Dated:  December 8, 2009              MORGAN LEWIS & BOCKIUS LLP

4

5                                         By:    /s/ Daryl Landy
                                                 Daryl Landy
                                                 Attorneys for Defendant
6                                                WELLS FARGO INVESTMENTS, LLC

7

8   Dated:  December 8, 2009              HOFFMAN & LAZEAR

9                                         By:     /s/ Morgan Mack (as authorized on
                                                  December 8, 2009)
10                                                Morgan Mack
                                                  Attorneys for Plaintiffs
11                                                JERRY CHU, THOMAS CALFORDA,
                                                  LEBRONE KING, and TAMARA
12                                                TURKISHER

13

14  Dated:  December 8, 2009              SCOTT COLE & ASSOCIATES, APC

15                                        By:     /s/ Scott Cole (as authorized on
                                                  December 8, 2009)
16                                                Scott Cole
                                                  Attorneys for Plaintiff
17                                                ANDREA X. BULOW

18

19                                        **ORDER**

20      In light of the foregoing STIPULATION of the parties, the Court ORDERS that the

21  deadlines in this case are hereby modified to change the deadline for filing dispositive motions

22  from December 14, 2009 to December 21, 2009.

23

24  Dated:   12/9/2009

25                                        HON. MARI
                                          U.S. Distric     IT IS SO ORDERED

26

27                                                        Judge Marilyn H. Patel

MORGAN, LEWIS 28
BOCKIUS LLP
ATTORNEYS AT LAW          DB2/21461445.1                    2              Case No. C-05-04526 MHP
                                                                          Case No. C-06-07924 MHP
                                                                          STIPULATION AND [PROPOSED]
                                                                          ORDER MODIFYING DEADLINES