1  DARYL S. LANDY, SBN 136288
   BARBARA I. ANTONUCCI, SBN 209039
2  SACHA M. STEENHOEK, SBN 253743
   MORGAN, LEWIS & BOCKIUS LLP
3  2 Palo Alto Square
   3000 El Camino Real, Suite 700
4  Palo Alto, CA 94306-2212
   Tel: 650.843.4000
5  Fax: 650.843.4001

6  Attorneys for Defendant
   WELLS FARGO INVESTMENTS, LLC
7

8

9

10

11

12

13

H. TIM HOFFMAN, SBN 049141
ARTHUR W. LAZEAR, SBN 083603
MORGAN M. MACK, SBN 212659
HOFFMAN & LAZEAR
180 Grand Avenue, Suite 1550
Oakland, California 94612
Tel: 510.763.5700
Fax: 510.835.1311

Attorneys for Plaintiffs
JERRY CHU, THOMAS CALFORDA,
LEBRONE KING, and TAMARA
TURKISHER

SCOTT E. COLE, SBN 160744
TIMOTHY P. RUMBERGER, SBN 145984
SCOTT COLE & ASSOCIATES, APC
1970 Broadway, 9th Floor
Oakland, California 94612
Tel: 510.891.9800
Fax: 510.891.7030

Attorneys for Plaintiff
ANDREA X. BULOW

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

17  JERRY CHU, ANDREA X. BULOW,
    THOMAS CALFORDA, LEBRONE KING, and
18  TAMARA TURKISHER, individually and on
    behalf of all others similarly situated,
19
20                Plaintiffs,
21  v.
22  WELLS FARGO INVESTMENTS, LLC, and
    DOES 1 through 50, Inclusive,
23
                  Defendants.
24
25  AND CONSOLIDATED ACTIONS

Case Nos. C-05-04526 MHP;
          C-06-07924 MHP

*Consolidated Action*

**STIPULATION AND [PROPOSED]
ORDER MODIFYING DEADLINES**

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

DB2/21468317.1

Case No. C-05-04526 MHP
Case No. C-06-07924 MHP
STIPULATION AND [PROPOSED]
ORDER MODIFYING DEADLINES

## STIPULATION

WHEREAS, on July 28, 2009, the Court issued an order approving a stipulation between the parties setting forth deadlines for filing dispositive motions, motions for class certification, and other items;

WHEREAS, according to the Court's July 28, 2009 Order, the deadline for filing dispositive motions is December 14, 2009, with oppositions due on January 11, 2010, and replies due on January 25, 2010, and the deadline for filing a motion for class certification is April 8, 2010, with opposition due on June 7, 2010, and reply due on July 12, 2010;

WHEREAS, on December 9, 2009, the Court issued an order delaying the deadline for the filing of dispositive motions until December 21, 2009 in order for the parties to discuss the possibility of conducting an additional mediation session;

WHEREAS, the parties have agreed to conduct an additional private mediation tentatively scheduled for January 20, 2009 and intended to occur before January 31, 2010, and would like to focus their energies and resources on attempting to resolve this case;

WHEREAS, in light of the above factors, the parties have agreed to seek to extend all existing pending deadlines to a mutually agreed upon schedule;

WHEREAS, the parties will submit to the Court the proposed revised deadlines within ten (10) days of the completion of the mediation, if such mediation is unsuccessful;

NOW, THEREFORE, Plaintiffs and Wells Fargo Investments, LLC, through their undersigned respective counsel, stipulate and request that the Court vacate all existing pending deadlines until after the parties attend and participate in mediation.

///

///

///

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

DB2/21468317.1

1

Case No. C-05-04526 MHP
Case No. C-06-07924 MHP
STIPULATION AND [PROPOSED]
ORDER MODIFYING DEADLINES

To avoid prejudice to the parties and to facilitate case management, GOOD CAUSE exists to vacate the deadlines in this action as described herein.

Dated: December 16, 2009                    MORGAN LEWIS & BOCKIUS LLP

By:   /s/ Daryl Landy
        Daryl Landy
        Attorneys for Defendant
        WELLS FARGO INVESTMENTS, LLC

Dated: December 16, 2009                    HOFFMAN & LAZEAR

By:   /s/ Morgan Mack (as authorized on
        December 15, 2009)
        Morgan Mack
        Attorneys for Plaintiffs
        JERRY CHU, THOMAS CALFORDA,
        LEBRONE KING, and TAMARA
        TURKISHER

Dated: December 16, 2009                    SCOTT COLE & ASSOCIATES, APC

By:   /s/ Scott Cole (as authorized on
        December 15, 2009)
        Scott Cole
        Attorneys for Plaintiff
        ANDREA X. BULOW

## ORDER

In light of the foregoing STIPULATION of the parties, the Court ORDERS that all existing pending deadlines are vacated until after the parties attend mediation. The Court further ORDERS that, within ten (10) days of the mediation, the parties will submit to the Court proposed revised deadlines, if necessary.

Dated: 12/17/2009

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

DB2/21468317.1                    2                    No. C-05-04526 MHP
                                                           Case No. C-06-07924 MHP
                                                           STIPULATION AND [PROPOSED]
                                                           ORDER MODIFYING DEADLINES