DARYL S. LANDY, SBN 136288
BARBARA I. ANTONUCCI, SBN 209039
SACHA M. STEENHOEK, SBN 253743
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2212
Tel: 650.843.4000
Fax: 650.843.4001

Attorneys for Defendant
WELLS FARGO INVESTMENTS, LLC

H. TIM HOFFMAN, SBN 049141
ARTHUR W. LAZEAR, SBN 083603
HOFFMAN & LAZEAR
180 Grand Avenue, Suite 1550
Oakland, California 94612
Tel: 510.763.5700
Fax: 510.835.1311

Attorneys for Plaintiffs
JERRY CHU, THOMAS CALFORDA,
LEBRONE KING and TAMARA
TURKISHER

SCOTT E. COLE SBN 106744
TIMOTHY P. RUMBERGER, SBN 145984
SCOTT COLE & ASSOCIATES, APC
1970 Broadway, 9th Floor
Oakland, California 94612
Tel: 510.891.9800
Fax: 510.891.7030

Attorneys for Plaintiff
ANDREA X. BULOW

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY CHU, ANDREA X. BULOW, THOMAS CALFORDA, LEBRONE KING and TAMARA TURKISHER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO INVESTMENTS, LLC,<br><br>Defendants. | Case Nos. C-05-04526 MHP;<br>C-06-07924 MHP<br><br>*Consolidated Action*<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE THIRD AMENDED COMPLAINT** |

## STIPULATION

WHEREAS, Plaintiffs counsel have prepared a proposed Third Amended Complaint in conjunction with a possible settlement of this consolidated action;

WHEREAS, a copy of the proposed Third Amended Complaint is attached to this Stipulation and Proposed Order as Exhibit A; and

WHEREAS, defendant Wells Fargo Investments ("WFI") does not intend to oppose or object to the filing of the proposed Third Amended Complaint.

NOW, THEREFORE, Plaintiffs and WFI, through their undersigned respective counsel, stipulate and request that the Court allow Plaintiffs to file the Third Amended Complaint attached as Exhibit A.

Dated: June 18, 2010         MORGAN LEWIS & BOCKIUS LLP

                             By:   /s/ Daryl Landy
                                   Daryl Landy
                                   Attorneys for Defendant
                                   WELLS FARGO INVESTMENTS, LLC

Dated: June 18, 2010         HOFFMAN & LAZEAR

                             By:   /s/ Arthur Lazear
                                   Arthur Lazear
                                   Attorneys for Plaintiffs

**ORDER**

In light of the foregoing STIPULATION of the parties, to avoid prejudice to the parties and to facilitate case management and possible case resolution, GOOD CAUSE exists to grant leave to further amend the pleadings. The Court therefore ORDERS that Plaintiffs are granted leave to file the Third Amended Complaint in the form of the attached Exhibit A.

Dated: June 21, 2010



HON.
U.S. Dis