| | |
|---|---|
| H. Tim Hoffman (SBN# 049141)<br>Arthur W. Lazear (SBN# 083603)<br>Morgan M. Mack (SBN# 212659)<br>HOFFMAN & LAZEAR<br>180 Grand Avenue, Suite 1550<br>Oakland, California 94612<br>Tel:(510)763-5700<br>Fax:(510)835-1311<br>mmm@hoffmanandlazear.com<br><br>Attorneys for Plaintiffs Jerry Chu, Thomas Calforda, Lebrone King, Tamara Turkisher, and the Plaintiff Classes | Daryl S. Landy, (SBN# 136288)<br>Barbara I. Antonucci, (SBN# 209039)<br>Sacha M. Steenhoek, (SBN# 253743)<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Tel: (41) 442-1000<br>Fax: (415) 442-1001<br>bantonucci@morganlewis.com<br><br>Attorneys for Defendant<br>Wells Fargo Investments, LLC |

Scott E. Cole, Esq. (SBN # 1060744)
Timothy P. Rumberger, Esq. (SBN# 145984)
Scott Cole & Associates
World Savings Tower
1970 Broadway, 9th Floor
Oakland, CA 94612
Tel: (510) 891-9800
Fax: (510) 891-7030

Attorneys for Plaintiff Andrea Bulow

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JERRY CHU, ANDREA BULOW, THOMAS CALFORDA, LEBRONE KING and TAMARA TURKISHER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO INVESTMENTS, LLC, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C 05-04526 MHP<br>and C 06-7924 MHP<br><br>**CLASS ACTION**<br><br>**DECLARATION OF BARBARA I. ANTONUCCI IN SUPPORT OF JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT, APPROVAL OF CLASS NOTICE AND SETTING OF FINAL APPROVAL HEARING**<br><br>DATE: July 26, 2010<br>TIME: 2:00 p.m.<br>CTRM: 15, 18th Floor<br>JUDGE: Hon. Marilyn H. Patel |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21751718.2

Case No. C 05-04526 and C 06-7924 MHP

DECLARATION OF BARBARA I. ANTONUCCI IN SUPPORT OF
JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT

I, Barbara I. Antonucci, declare as follows:

1. I am an attorney at the law firm of Morgan, Lewis & Bockius LLP, the attorney of record for Defendant Wells Fargo Investments, LLC ("WFI") in the above-captioned matter. I submit this declaration in support of the parties' Joint Motion for Preliminary Approval of Class Settlement, Approval of Class Notice and Setting of Final Approval Hearing. I am licensed to practice law before all of the Courts in the State of California and before this Court. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would competently testify thereto.

2. During the course of this litigation, WFI has provided me with data regarding the WFI Financial Consultants who worked in the Covered Positions (as defined in Paragraph 1.11 of the Joint Stipulation of Settlement ("Settlement Agreement")) during the Class Period (as defined in Paragraph 1.6 of the Settlement Agreement). The most recent data WFI provided to me included WFI Financial Consultants in Covered Positions through March 2010. I have reviewed that data. Based on this review, there are approximately 3,175 Financial Consultants in the proposed settlement class.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 30, 2010, at San Francisco, California.

                                                 /s/
                                       Barbara I. Antonucci

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21751718.2

1

Case No. C 05-04526 and C 06-7924 MHP

DECLARATION OF BARBARA I. ANTONUCCI ISO
MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT