| | |
|---|---|
| H. Tim Hoffman (SBN# 049141) | Daryl S. Landy, (SBN# 136288) |
| Arthur W. Lazear (SBN# 083603) | Barbara I. Antonucci, (SBN# 209039) |
| Chad A. Saunders (SBN# 257810) | Sacha M. Steenhoek, (SBN# 253743) |
| HOFFMAN & LAZEAR | MORGAN, LEWIS & BOCKIUS LLP |
| 180 Grand Avenue, Suite 1550 | One Market, Spear Street Tower |
| Oakland, California 94612 | San Francisco, CA 94105 |
| Tel:(510)763-5700 | Tel: (41) 442-1000 |
| Fax:(510)835-1311 | Fax: (415) 442-1001 |
| cas@hoffmanandlazear.com | bantonucci@morganlewis.com |

Attorneys for Plaintiffs Jerry Chu, Thomas Calforda, Lebrone King, Tamara Turkisher, and the Plaintiff Classes

Attorneys for Defendant Wells Fargo Investments, LLC

Scott E. Cole, Esq. (SBN # 160744)
Matthew R. Bainer, Esq. (SBN# 220972)
Scott Cole & Associates
World Savings Tower
1970 Broadway, 9th Floor
Oakland, CA 94612
Tel: (510) 891-9800
Fax: (510) 891-7030

Attorneys for Plaintiff Andrea Bulow

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JERRY CHU, ANDREA BULOW, THOMAS CALFORDA, LEBRONE KING and TAMARA TURKISHER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO INVESTMENTS, LLC, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case Nos.  C 05-04526 MHP<br>and C 06-7924 MHP<br><br>**SUPPLEMENTAL STIPULATION AND ORDER REGARDING DATES RELATED TO PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br><br>Date: July 26, 2010<br>Time: 2:00 p.m.<br>Courtroom: 15, 18th Floor<br>Before Hon. Marilyn Hall Patel |

**STIPULATION**

WHEREAS, pursuant to this Court's request, for the reasons the parties stated in their Stipulation dated August 20, 2010, and pursuant to the terms of the parties' Stipulation of Settlement, the parties hereby stipulate to the following dates and request that the Court sign the [Proposed] Order submitted with this Stipulation:

1. The Court granted preliminary approval of the Proposed Settlement on September 7, 2010.

2. The Notice to the Class Members of the Proposed Settlement ("Notice") shall be mailed to the Class Members no later than September 22, 2010.

3. The deadline for Class Members to respond to the Notice is December 21, 2010.

4. The deadline for Class Members to object to the Settlement is December 21, 2010.

5. The hearing on the Motion for Final Approval is scheduled for February 14, 2011 at 2:00 p.m. in Courtroom 15, 18th Floor.

**IT IS SO STIPULATED.**

Date: September 13, 2010                          Date: September 13, 2010

/s/ Arthur W. Lazear                              /s/ Daryl S. Landy
H. Tim Hoffman (SBN# 049141)                      Daryl S. Landy (SBN# 136288)
Arthur W. Lazear (SBN# 083603)                    Barbara I. Antonucci (SBN# 209039)
Chad A. Saunders (SBN# 257810)                    Sacha M. Steenhoek (SBN# 253743)
HOFFMAN & LAZEAR                                  MORGAN, LEWIS & BOCKIUS LLP
180 Grand Avenue, Suite 1550                      One Market, Spear Street Tower
Oakland, California 94612                         San Francisco, CA 94105

Date: September 13, 2010

/s/ Scott E. Cole
Scott E. Cole (SBN # 160744)
Matthew R. Bainer (SBN# 220972)
Scott Cole & Associates
World Savings Tower
1970 Broadway, 9th Floor
Oakland, CA 94612
Tel: (510) 891-9800
Fax: (510) 891-7030

# [PROPOSED] ORDER

On July 26, 2010, this Court heard a joint motion by plaintiffs Jerry Chu, Andrea Bulow, Thomas Calforda, Lebrone King, and Tamara Turkisher ("Plaintiffs") on behalf of themselves and all others similarly situated, and by defendant Wells Fargo Investments, LLC ("WFI") for preliminary approval of the parties' Stipulation of Settlement.

On September 7, 2010, this Court entered an Amended Order preliminarily approving the Stipulation of Settlement.

Pursuant to the Amended Order, the Stipulation of Settlement, and the attached Supplemental Stipulation of the parties, and for GOOD CAUSE, the Court hereby finds and orders as follows:

1. The Court granted preliminary approval of the Proposed Settlement on September 7, 2010.

2. The Notice to the Class Members of the Proposed Settlement ("Notice") shall be mailed to the Class Members no later than September 22, 2010.

3. The deadline for Class Members to respond to the Notice is December 21, 2010.

4. The deadline for Class Members to object to the Settlement is December 21, 2010.

5. The hearing on the Motion for Final Approval is scheduled for February 14, 2011 at 2:00 p.m. in Courtroom 15, 18th Floor.

IT IS SO ORDERED.

Dated: __12/2_____, 2010

NUNC PRO TUNC

HON. MARILYN HALL PATEL
United States District Court Judge