1  H. TIM HOFFMAN, SBN 049141 | DARYL S. LANDY, SBN 136288
2  ARTHUR W. LAZEAR, SBN 083603 | SACHA M. STEENHOEK, SBN 253743
   **HOFFMAN & LAZEAR** | **MORGAN, LEWIS & BOCKIUS LLP**
3  180 Grand Avenue, Suite 1550 | 2 Palo Alto Square
   Oakland, California 94612 | 3000 El Camino Real, Suite 700
4  Tel: 510.763.5700 | Palo Alto, CA 94306-2212
   Fax: 510.835.1311 | Tel: 650.843.4000
5  | Fax: 650.843.4001
6  Lead Attorneys for Plaintiffs
   JERRY CHU, THOMAS CALFORDA, | Attorneys for Defendant
7  LEBRONE KING and TAMARA | WELLS FARGO INVESTMENTS, LLC
   TURKISHER
8

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| JERRY CHU, ANDREA X. BULOW, THOMAS CALFORDA, LEBRONE KING and TAMARA TURKISHER, individually and on behalf of all others similarly situated, | Case Nos. C-05-04526 MHP; C-06-07924 MHP |
|---|---|
| Plaintiffs, | *Consolidated Action* |
| v. | **STIPULATION AND [PROPOSED] ORDER EXTENDING FILING DEADLINE FOR JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |
| WELLS FARGO INVESTMENTS, LLC, | |
| Defendants. | |

1                                          Case No. C-05-04526 MHP

STIPULATION AND [PROPOSED] ORDER EXTENDING FILING DEADLINE

**STIPULATION**

WHEREAS, a hearing on the parties joint motion for final approval of the class action settlement is currently scheduled for February 14, 2011;

WHEREAS, in accordance with the Court's Local Rules, the joint motion for final approval is currently set to be filed no later than January 10, 2011;

WHEREAS, as of the date of this Stipulation no objections to the settlement have been received from class members; and

WHEREAS, the parties have met and conferred and agree that the filing deadline should be extended until January 24, 2011 in order to account for late-filed claims, and in order to provide the Court with the most accurate and current claims information possible.

NOW, THEREFORE, Plaintiffs and WFI, through their undersigned respective counsel, stipulate and request that the Court extend the filing deadline for the Joint Motion for Final Approval until January 24, 2011.

Dated:  January 4, 2011            MORGAN LEWIS & BOCKIUS LLP

                                   By:   /s/ Daryl Landy
                                         Daryl Landy
                                         Attorneys for Defendant
                                         WELLS FARGO INVESTMENTS, LLC

Dated:  January 4, 2011            HOFFMAN & LAZEAR

                                   By:   /s/ Arthur Lazear
                                         Arthur Lazear
                                         Lead Attorneys for Plaintiffs

## **ORDER**

In light of the foregoing STIPULATION of the parties, GOOD CAUSE exists to grant leave to extend the parties' deadline for filing a joint motion for final approval of the class action settlement in the above-entitled action. The Court therefore ORDERS that the parties' joint motion for final approval of the class action settlement shall be filed no later than January 24, 2011.

Dated:  January 5, 2011



HON.
U.S. D
Judge Marilyn H. Patel

IT IS SO ORDERED